UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL EBUSINESS SERVICES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC., <br><br> Defendant. | Case No. 17-cv-06095-HRL <br><br> **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable James Donato for consideration of whether the case is related to 3:16-cv-1264-JD, *Global Ebusiness Services, Inc., et al. v. Interactive Broker LLC*.

**IT IS SO ORDERED.**

Dated: October 30, 2017

_____
HOWARD R. LLOYD
United States Magistrate Judge